IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Bankruptcy No. 23-10024-GLT |
| DANIEL J. SHAKESPEARE, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| CAPITAL ONE AUTO FINANCE, | ) | |
| A DIVISION OF CAPITAL ONE, N.A., | ) | Related to Doc. No. 14 |
| | ) | |
| Movant, | ) | |
| | ) | HEARING DATE: |
| v. | ) | March 2, 2023, at 10:30 a.m. |
| | ) | |
| DANIEL J. SHAKESPEARE, | ) | RESPONSE DEADLINE: |
| | ) | February 21, 2023 |
| Respondent, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| JOSEPH B. SPERO, | ) | |
| | ) | |
| Trustee. | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION FOR RELIEF FROM AUTOMATIC STAY [DOC. NO. 14]**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on February 2, 2023, at Doc. No. 14 in the above-captioned case, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than February 21, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully submitted,

Dated:  February 24, 2023                    TUCKER ARENSBERG, P.C.

*/s/ Maribeth Thomas*
Maribeth Thomas, Esquire
PA ID No. 208376
1500 One PPG Place
Pittsburgh, PA 15222
Phone: (412) 594-3949
mthomas@tuckerlaw.com

*Counsel for Capital One Auto Finance,*
*a division of Capital One, N.A.*