2/27/23 1:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 23-10024-GLT |
| | ) | |
| DANIEL J. SHAKESPEARE, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | Related to Doc. No. 14 |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| CAPITAL ONE AUTO FINANCE, | ) | |
| A DIVISION OF CAPITAL ONE, N.A., | ) | |
| | ) | HEARING DATE: |
| Movant, | ) | March 2, 2023, at 10:30 a.m. |
| | ) | |
| v. | ) | RESPONSE DEADLINE: |
| | ) | February 21, 2023 |
| DANIEL J. SHAKESPEARE, | ) | |
| | ) | |
| Respondent, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| JOSEPH B. SPERO, | ) | |
| | ) | |
| Trustee. | ) | |

**ORDER**

AND NOW, this __27th__ day of _____February_____, 2023, upon consideration of Capital One Auto Finance, a division of Capital One, N.A.'s Motion for Relief from Automatic Stay (the "**Motion**"), and any responses thereto, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Motion is GRANTED.

2. Capital One Auto Finance, a division of Capital One, N.A., is hereby permitted to proceed and continue with the repossession of the 2018 Jeep Grand Cherokee Utility 4D Laredo 4WD 3.6L V6 (VIN 1C4RJFAG9JC365182) (the "**Vehicle**"), to levy and sell the Vehicle, and to pursue its remedies under state law in connection with the loan documents.

3. The stay of the Order as provided under Fed. R. Bankr. P. 4001(a)(3) is waived.

    4.    This grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter under the Bankruptcy Code.

Movant shall serve a copy of this Order and the Motion on the respondent(s), their counsel, the Trustee, and the U.S. Trustee. Movant shall file a certificate of service within three (3) business days.

Prepared by:  Maribeth Thomas, Esq.

**DEFAULT ENTRY**

Dated: February 27, 2023

Gregory L. Taddonio   jlm
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10024-GLT |
| Daniel J. Shakespeare | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 27, 2023 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Daniel J. Shakespeare, 795 Zwilling Road West, Erie, PA 16509-5447 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Feb 28 2023 00:08:06 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2023            Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Daniel J. Shakespeare chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Joseph B. Spero | |

District/off: 0315-1　　　　　　　　　　　　　　　User: auto　　　　　　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Feb 27, 2023　　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　　　　Total Noticed: 2

　　　　　　　　　　　　　　　on behalf of Trustee Joseph B. Spero sperofirm@sperolawoffice.com jspero@ecf.axosfs.com;legalmom18@hotmail.com

Joseph B. Spero
　　　　　　　　　　　　　　　sperofirm@sperolawoffice.com jspero@ecf.axosfs.com;legalmom18@hotmail.com

Maribeth Thomas
　　　　　　　　　　　　　　　on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A., c/o AIS Portfolio Services, LLC
　　　　　　　　　　　　　　　mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Office of the United States Trustee
　　　　　　　　　　　　　　　ustpregion03.pi.ecf@usdoj.gov

TOTAL: 6